UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,　　　　　　　10-cr-00538

v.

DENNIS GIBLIN,　　　　　　　　　　　　ORDER

Defendant.

---

　　　Upon application of defendant Dennis Giblin through counsel (Cathy Fleming, Esq.) and upon notice to the United States Government (AUSA Anthony Moscato), and upon the sentencing hearing held January 4, 2011, and upon the prior proceedings hereto,

　　　IT IS THIS 6th day of January, 2011

ORDERED as follows:

　　　1.　　Dennis Giblin has permission to travel for business to California between January 11 and 14, 2011. He shall provide a copy of his itinerary to United States Probation as soon as practicable and call his U.S. Probation Officer before he leaves and upon his return; and

　　　2.　　Dennis Giblin has permission of the Court to travel within the Continental United States for purposes of business. He shall provide an itinerary of his travel as soon as practicable upon learning of the travel to his Probation Officer (such itinerary including travel arrangements and hotels) and he shall call his Probation Officer prior to leaving and upon returning from his trip.

SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dennis M. Cavanaugh, U.S.D.J.